PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

# United States District Court

## FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2007

at \_\_\_\_ o'clock and \_\_\_\_ min. \_\_M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

PENINATAUTELE FIAMATE

Criminal No.  CR 00-00240HG-01

It appearing that the period of supervised release expired on 5/8/07, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

DEREK M. KIM
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 9th day of May, 2007.

HELEN GILLMOR
Chief U.S. District Judge